**Harry L. DANTZLER, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Low Security Correctional Institution at Butner, Respondent—Appellee.**

No. 04–7928.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2005.

Decided May 24, 2005.

Harry L. Dantzler, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Harry L. Dantzler, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dantzler v. Stansberry*, No. CA–04–575–5–H (E.D.N.C. Oct. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*